# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS MARTINEZ, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 20-CV-6759 |
| v.        Plaintiff, | |
| | |
| C.O. JOSEPH BROIS and | |
| C.O. RICHARD ALLINGTON, | |
| Defendants. | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in of the favor of the Plaintiff.  Compensatory damages awarded to Plaintiff, Chris Martinez, in the amount of $100,000.00.  Punitive damages awarded in the amount of $35,000.00 from Defendant Brois and $15,000.00 from Defendant Allington.


Date: December 16, 2022                MARY C. LOEWENGUTH
                                       CLERK OF COURT

                                       By: s/Rosemarie M. Eby-Collom
                                            Deputy Clerk